UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,

     Plaintiff and
      Judgment Creditor,

     v.

EUGENE J. PETTY
a/k/a Eugene Petty,

     Defendant and
      Judgment Debtor,

    and

Central Payroll Division
401 East Fayette Street, Room 800
Baltimore, MD  21202,

     Garnishee.

* * * * * * * * * * * * * * * * * * * * *

Court No. S-02-1407

CLERK'S OF
AT BALTIM

BY_____

## ANSWER OF THE GARNISHEE

*Barbara K. Dent*
    (Affiant)    BEING DULY SWORN DEPOSES AND SAYS:

IF GARNISHEE IS AN INDIVIDUAL:

That he/she is Garnishee herein doing business in the name of

_____

IF GARNISHEE IS A PARTNERSHIP:

That he/she is a member _____ of a

partnership composed of which Garnishee is a partner

IF GARNISHEE IS A CORPORATION:

That he/she is the ~~Manager~~ Payroll of Garnishee, Mayor & City Council

a corporation, organized under the laws of the State of Maryland.

On __3/16/04__, 2004, Garnishee was served with the Writ of Continuing Garnishment.  For the pay period in effect on the date of service (shown above)

Yes

1.  Judgment Debtor was in my/our employ.

2.  Pay period is _____ weekly,  __X__ bi-weekly
    semi-monthly,        monthly.  Enter date present
    pay period began.  (Present means the pay period in
    which this order and notice of garnishment were
    served)

Enter date above pay period ends.  __3/26/04__

3.  Enter amount of net wages.  Calculate below:

    (a) Gross Pay              $ __1 029.97__

    (b) Federal income tax     $ __69.43__

    (c) F.I.C.A. income tax    $ __81.32__

    (d) State income tax       $ __51.40__

    Total of tax withholdings  $ __202.15__

    Net Wages                  $ __827.82__
    (a less total of b,c,d)

4.  Have there been previous garnishments in effect.

If the answer is yes, describe below.

__Child Support   — $ 143.91 per__

__biweekly pay__

5.  The Garnishee has custody, control or possession
    of the following property (non-earnings), in which the
    Debtor maintains an interest, as described below:

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. Unknown | | |
| 2. | | |
| 3. | | |
| 4. | | |

Garnishee anticipates owing to the judgment-debtor in the future, the following amounts:

| Amount | Estimate date or Period Due |
|---|---|
| 1. $ 1,029.97 | 4/2/04 |
| 2. $ | 4/16/04 |
| 3. $ | 4/30/04 |
| 4. $ | 5/14/04 |

(Check the applicable line below if you deny that you hold property subject to this order of garnishment.)

Garnishee makes the following claim of exemption on the part of Judgment Debtor:

has the following objections, defenses, or set-offs to Judgment Creditor's right to apply Garnishee's indebtedness to Judgment Debtor upon Judgment Creditor's claim:

[The Garnishee was then in no manner and upon no account indebted or under liability to the Judgment Debtor, _____, and that the Garnishee did not have in his/her possession or control any property belonging to the Judgment Debtor, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.

The Garnishee mailed a copy of this answer by first class mail to (1  the Judgment Debtor, Eugene J. Petty at 3312 Edmondson Avenue, Baltimore, MD 21229, and (2) the attorney for the United States, Thomas F. Corcoran, Assistant U.S. Attorney, Room 6625, 101 W. Lombard Street, Baltimore, Maryland  21201.


_____
Garnishee

Subscribed and sworn to before me this

___1st___ day of ___April___ | 2004.

_____
Notary Public


My Commission expires: __04/01/05__