UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| United States Of America | * |
|     Plaintiff and | * |
|     Judgment Creditor, | * |
| | * |
| v. | * Civil No. S-02-1407 |
| | * |
| Eugene J. Petty | * |
| a/k/a Eugene Petty, | * |
| | * |
|     Defendant and | * |
|     Judgment Debtor, | * |
| and | * |
| | |
| Central Payroll Division | * |
| 401 East Fayette Street, Room 800 | * |
| Baltimore, Maryland 21202, | * |
| | |
|     Garnishee. | |

## CERTIFICATE OF SERVICE

The United States of America hereby certifies that a copy of the Application for Writ of Continuing Garnishment and Writ of Continuing Garnishment, along with the initial Clerk's Notice to Defendant and Judgment Debtor was sent to the Defendant and Judgment Debtor by first class mail on or about March 17, 2004 at the last known address of the Defendant and Judgment Debtor, and service was made upon the Garnishee on or about March 16, 2004.

                                Thomas M. DiBiagio
                                United States Attorney

                    By: _____
                                Thomas F. Corcoran
                                Assistant United States Attorney
                                6625 United States Courthouse
                                101 West Lombard Street
                                Baltimore, Maryland 21201-2692
                                (410) 209-4800
                                Trial Bar No. 24894