UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| United States Of America, | * |
|     Plaintiff and<br>    Judgment Creditor, | * |
| v. | * Civil No. S-02-1407 |
| Eugene J. Petty<br>a/k/a Eugene Petty, | * |
|     Defendant and<br>    Judgment Debtor,<br>and | * |
| Central Payroll Division<br>401 East Fayette Street, Room 800<br>Baltimore, Maryland 21202, | * |
|     Garnishee | * |

## GARNISHEE ORDER

A Writ of Continuing Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee to obtain payment on a debt due the United States in the amount of $6,784.72 plus additional interest until paid in full. Pursuant to the Writ of Continuing Garnishment, the Answer of the Garnishee was filed on April 26, 2004 reflecting that Defendant and Judgment Debtor is employed by the garnishee and stating his bi-weekly wages. The answer of the garnishee also stated that there is a previous garnishment in effect in the amount of $143.91 per bi-weekly pay.

On or about March 17, 2004, the Defendant and Judgment Debtor was notified of his right to a hearing and had not requested a hearing to determine exempt property.

IT IS ORDERED that Garnishee pay the sum of <u>25% of any payments</u> due to Plaintiff and Judgment Creditor and continue said payments until the debt to the Plaintiff and Judgment Creditor is paid in full or until the Garnishee no longer has custody, possession or control of any property belonging to the Defendant and Judgment Debtor or until further Order of this Court

_5/5/4_
Date

_____
United States District Judge