IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| United States of America, | : |
| Plaintiff, | : |
| v. | : Civil No. S-02-1407 |
| EUGENE J. PETTY<br>a/k/a Eugene Petty, | : |
| Defendant, | : |
| Central Payroll Division<br>401 East Fayette Street, Rm 800<br>Baltimore, MD 21202 | : |
| Garnishee. | : |

.....oOo.....

Mr. Clerk:

Plaintiff, United States of America, hereby withdraws its request for a Writ of Attachment on Wages and for cause therefore states:

Defendant satisfied the debt which is the subject of this action.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: /s/ Thomas F. Corcoran
Thomas F. Corcoran
Assistant United States Attorney
36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201
(410) 209-4800
(Trial Bar No. 24894)