CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___21st___ day of July, 2006, a copy of the foregoing was mailed, postage prepaid, to:

Central Payroll Divison
401 East Fayette Street, Rm 800
Baltimore, MD 21202

EUGENE J. PETTY
3312 Edmondson Avenue
Baltimore, MD 21229-2045

Citi Financial Inc.
403 Frederick Road
Catonsville, MD 21228

_____
Thomas F. Corcoran
Assistant United States Attorney