IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| PLAINTIFF, | : |
| v. | : Court No. 02-1407 |
| EUGENE J. PETTY, | : |
| DEFENDANT. | : |

. . . . . oOo. . . . .

## ORDER OF SATISFACTION

Clerk:

Please enter the judgment in the above-entitled action, to include principal, interest and costs, as PAID, SETTLED, and SATISFIED to defendant.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: _____
Thomas F. Corcoran
Assistant United States Attorney
36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201
Trial Bar No. 24894
(410) 209-4811