CERTIFICATE OF SERVICE

IT IS HEREBY Certify that on this 21st day of July 2006 a copy of the Order of Satisfaction was forward by first class mail to:

EUGENE J. PETTY
3312 Edmondson Avenue
Baltimore, MD 21228

Central Payroll Division
401 East Fayette Street, Rm 800
Baltimore, MD 21202

Thomas F. Corcoran
Assistant United States Attorney