IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,  :

    PLAINTIFF,  :

v.  :  Court No. 02-1407

EUGENE J. PETTY,  :

    DEFENDANT.  :

. . . . . o0o . . . . .

## ORDER OF SATISFACTION

Clerk:

Please enter the judgment in the above-entitled action, to include principal, interest and costs, as PAID, SETTLED, and SATISFIED to defendant.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: _____
Thomas F. Corcoran
Assistant United States Attorney
36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201
Trial Bar No. 24894
(410) 209-4811

CERTIFICATE OF SERVICE

IT IS HEREBY Certify that on this __21st__ day of __July__ 2006 a copy of the Order of Satisfaction was forward by first class mail to:

EUGENE J. PETTY
3312 Edmondson Avenue
Baltimore, MD 21228

Central Payroll Division
401 East Fayette Street, Rm 800
Baltimore, MD 21202

Thomas F. Corcoran
Assistant United States Attorney